**NON-PUBLIC**

**UNITED STATES OF AMERICA**
Before the
**SECURITIES AND EXCHANGE COMMISSION**
June 6, 2013

| | |
|---|---|
| **In the Matter of**<br><br>**Janus Spectrum,**<br><br>**(LA-4280)** | ORDER DIRECTING PRIVATE INVESTIGATION AND DESIGNATING OFFICERS TO TAKE TESTIMONY |

**I.**

The Commission has information that tends to show that from at least 2012:

A.  Janus Spectrum LLC ("Janus Spectrum") is a New Mexico corporation with its principal place of business in Glendale, Arizona. Janus Spectrum has not registered its offering of its securities under the Securities Act, nor has it registered a class of its securities under the Exchange Act.

B.  In possible violation of Sections 5(a) and 5(c) of the Securities Act of 1933 ("Securities Act"), Janus Spectrum and its officers, directors, employees, partners, subsidiaries, and/or affiliates, and/or other persons or entities, directly or indirectly, may have been or may be offering to sell, selling, and delivering after sale to the public, or may have been or may be offering to sell or to buy through the use or medium of any prospectus or otherwise, certain securities, including, but not limited to interests in FCC licenses, as to which no registration statement was or is in effect or on file with the Commission, and for which no exemption was or is available.

C.  In possible violation of Section 15(a) of the Securities Exchange Act of 1934 ("Exchange Act"), Janus Spectrum and its officers, directors, employees, partners, subsidiaries, and/or affiliates and/or other persons or entities, while acting as a broker or dealer, may have been or may be effecting transactions in or inducing or attempting to induce the purchase or sale of securities when such persons or entities were not registered with the Commission as a broker or dealer or when such persons were not associated with an entity registered with the Commission as a broker-dealer.

D.  In possible violation of Section 17(a) of the Securities Act and Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, Janus Spectrum and its officers,

Exhibit 1 Page 10

directors, employees, partners, subsidiaries, and/or affiliates, and/or other persons or entities, directly or indirectly, in the offer or sale or in connection with the purchase or sale of certain securities, may have been or may be employing devices, schemes, or artifices to defraud, obtaining money or property by means of untrue statements of material fact or omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were or are made, not misleading, or engaging in transactions, acts, practices or courses of business which operated, operate, or would operate as a fraud or deceit upon any person. As part of or in connection with these activities, such persons or entities, directly or indirectly, may have been or may be, among other things, making false statements of material fact or failing to disclose material facts concerning, among other things, the rates of return to investors.

      E.     While engaged in the above-described activities, such persons or entities, directly or indirectly, may have been or may be making use of any means or instruments of transportation or communication in interstate commerce or of the mails or of any facility of any national securities exchange.

### III.

The Commission, deeming such acts and practices, if true, to be possible violations of Sections 5 and 17(a) of the Securities Act and Sections 10(b) and 15(a) of the Exchange Act and Rule 10b-5 thereunder, finds it necessary and appropriate and hereby:

      ORDERS, pursuant to the provisions of Section 20(a) of the Securities Act and Section 21(a) of the Exchange Act that a private investigation be made to determine whether any persons or entities have engaged in, or are about to engage in, any of the reported acts or practices or any acts or practices of similar purport or object; and

      FURTHER ORDERS, pursuant to the provisions of Section 19(c) of the Securities Act and Section 21(b) of the Exchange Act that for purposes of such investigation, Michele W. Layne, Lorraine B. Echavarria, Victoria Levin, Finola Manvelian, Spencer Bendell, Diana Tani, Robert Conrrad, Dabney O'Riordan, Marc Blau, Alka Patel, Sana Muttalib, Melissia Buckhalter-Honore, Jennifer Purpero, Tony Regenstreif, Marisa Westervelt, and Lorraine L. Pearson, and each of them, are hereby designated as officers of the Commission and are empowered to administer oaths and

Exhibit 1 Page 11

affirmations, subpoena witnesses, compel their attendance, take evidence, and require the production of any books, papers, correspondence, memoranda or other records deemed relevant or material to the inquiry, and to perform all other duties in connection therewith as prescribed by law.

      For the Commission, by the Division of Enforcement, pursuant to delegated authority.[1]

                                  Elizabeth M. Murphy
                                  Secretary

                              By: Jill M. Peterson
                                  Assistant Secretary

---

[1] 17 CFR 200.30-4(a)(13)

3

Exhibit 1 Page 12