| | |
|---|---|
| **From:** | Williams, Adriane D. |
| **To:** | Muttalib, Sana |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZA375F90198456352 |
| **Date:** | Tuesday, August 27, 2013 9:41:41 AM |

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Tuesday, August 27, 2013 8:32 AM
**To:** Williams, Adriane D.
**Subject:** UPS Delivery Notification, Tracking Number 1ZA375F90198456352

UPS My Choice® can help you avoid missed home deliveries.

Learn More

***Do not reply to this e-mail. UPS and SEC-LOS ANGELES will not receive your reply.

**At the request of SEC-LOS ANGELES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1ZA375F90198456352
**Delivery Date / Time:** 27-August-2013 / 10:13 AM

**Driver Release Location:** FRONT DOOR

**Shipment Detail**

**Ship To:**
Raymon Chadwick
539 W CROSSLAND BLVD
GRAND PRAIRIE
TX
75052
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Shipment Type:** Letter
**Reference Number 1:** 66211

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

Exhibit 8 Page 163

| | |
|---|---|
| **From:** | Williams, Adriane D. |
| **To:** | Muttalib, Sana |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZA375F90196730960 |
| **Date:** | Tuesday, August 27, 2013 9:40:54 AM |

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Tuesday, August 27, 2013 8:32 AM
**To:** Williams, Adriane D.
**Subject:** UPS Delivery Notification, Tracking Number 1ZA375F90196730960

UPS My Choice® can help you avoid missed home deliveries.

Learn More

***Do not reply to this e-mail. UPS and SEC-LOS ANGELES will not receive your reply.

**At the request of SEC-LOS ANGELES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1ZA375F90196730960
**Delivery Date / Time:** 27-August-2013 / 10:13 AM

**Driver Release Location:** FRONT DOOR

**Shipment Detail**

**Ship To:**
c/o Raymon Chadwick
Innovative Group
539 W CROSSLAND BLVD
GRAND PRAIRIE
TX
75052
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Shipment Type:** Letter
**Reference Number 1:** 66211

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

Exhibit 8 Page 164

| | |
|---|---|
| **From:** | Williams, Adriane D. |
| **To:** | Muttalib, Sana |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZA375F90196998575 |
| **Date:** | Tuesday, August 27, 2013 9:40:47 AM |

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Tuesday, August 27, 2013 8:32 AM
**To:** Williams, Adriane D.
**Subject:** UPS Delivery Notification, Tracking Number 1ZA375F90196998575

UPS My Choice® can help you avoid missed home deliveries.

Learn More

***Do not reply to this e-mail. UPS and SEC-LOS ANGELES will not receive your reply.

**At the request of SEC-LOS ANGELES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1ZA375F90196998575
**Delivery Date / Time:** 27-August-2013 / 10:13 AM

**Driver Release Location:** FRONT DOOR

**Shipment Detail**

**Ship To:**
c/o Raymon Chadwick
Redwater Funding Group, LLC
539 W CROSSLAND BLVD
GRAND PRAIRIE
TX
75052
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Shipment Type:** Letter
**Reference Number 1:** 66211

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

Exhibit 8 Page 165

| | |
|---|---|
| **From:** | Williams, Adriane D. |
| **To:** | Muttalib, Sana |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZA375F90195159189 |
| **Date:** | Tuesday, August 27, 2013 9:40:21 AM |

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Tuesday, August 27, 2013 8:21 AM
**To:** Williams, Adriane D.
**Subject:** UPS Delivery Notification, Tracking Number 1ZA375F90195159189

UPS My Choice® can help you avoid missed home deliveries.

Learn More

\*\*\*Do not reply to this e-mail. UPS and SEC-LOS ANGELES will not receive your reply.

**At the request of SEC-LOS ANGELES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**   1ZA375F90195159189
**Delivery Date / Time:** 27-August-2013 / 9:57 AM

**Shipment Detail**

**Ship To:**
Terry Johnson
6 KEY DR
ROCKWALL
TX
75032
US

**Number of Packages:** 1
**UPS Service:**   NEXT DAY AIR
**Shipment Type:**  Letter
**Reference Number 1:** 66211

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

Exhibit 8 Page 166

| | |
|---|---|
| **From:** | Williams, Adriane D. |
| **To:** | Muttalib, Sana |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZA375F90197112797 |
| **Date:** | Tuesday, August 27, 2013 9:40:12 AM |

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Tuesday, August 27, 2013 8:21 AM
**To:** Williams, Adriane D.
**Subject:** UPS Delivery Notification, Tracking Number 1ZA375F90197112797

UPS My Choice® can help you avoid missed home deliveries.

Learn More

***Do not reply to this e-mail. UPS and SEC-LOS ANGELES will not receive your reply.

**At the request of SEC-LOS ANGELES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:** 1ZA375F90197112797
**Delivery Date / Time:** 27-August-2013 / 9:57 AM

**Driver Release Location:** DOOR MAT

**Shipment Detail**

**Ship To:**
c/o Terry Johnson
Expectrum, LLC
6 KEY DR
ROCKWALL
TX
75032
US

**Number of Packages:** 1
**UPS Service:** NEXT DAY AIR
**Shipment Type:** Letter
**Reference Number 1:** 66211

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

Exhibit 8 Page 167

| | |
|---|---|
| **From:** | Williams, Adriane D. |
| **To:** | Muttalib, Sana |
| **Subject:** | FW: UPS Delivery Notification, Tracking Number 1ZA375F90196590522 |
| **Date:** | Tuesday, August 27, 2013 10:22:42 AM |

**From:** UPS Quantum View [mailto:auto-notify@ups.com]
**Sent:** Tuesday, August 27, 2013 9:42 AM
**To:** Williams, Adriane D.
**Subject:** UPS Delivery Notification, Tracking Number 1ZA375F90196590522

UPS My Choice® can help you avoid missed home deliveries.

Learn More

***Do not reply to this e-mail. UPS and SEC-LOS ANGELES will not receive your reply.

**At the request of SEC-LOS ANGELES, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**   1ZA375F90196590522
**Delivery Date / Time:** 27-August-2013 / 9:26 AM

**Driver Release Location:** FD POT

**Shipment Detail**

**Ship To:**
Bobby Jones
1831 E DONNER DR
PHOENIX
AZ
85042
US

**Number of Packages:** 1
**UPS Service:**          NEXT DAY AIR
**Shipment Type:**    Letter
**Reference Number 1:** 66211

© 2013 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential.  If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Notice
Contact UPS

Exhibit 8 Page 168