# ARTICLES OF ASSOCIATION

## for

## INNOVATIVE GROUP

## ARTICLE I

<u>Declaration of Purpose</u>

This Association of Members hereby declares that our main objective is to maintain and improve the civil rights, constitutional guarantees and political freedom for every Member and citizen of the United States of America.  We believe that the Constitution of the United States is one of the best documents ever devised by man, and signers of the Declaration of Independence did so out of love for their country.

We believe that the First Amendment of the Constitution of the United States of America guarantees our Members free speech, petition, assembly, and the right to gather together for the lawful purpose of advising and helping one another in asserting our rights under the Federal and State Constitutions and Statutes.  We also declare the basic right of all of our Members to select spokesmen from our number who could be expected to give wisest counsel and advice concerning the need for legal assistance.

IT IS HEREBY Declared that we are exercising our right of "freedom of association" as guaranteed by the 1st and 14th Amendments of the U.S. Constitution and equivalent provisions of the various State Constitutions.  This means that our association activities are restricted to the private domain only.

The Association will limit its efforts in furthering these goals for use of the established institutions and procedures that have been established by common law, the United States Constitution and legislative actions by the Congress of the United States and the legislatures of its States.

The Association will recognize any person (irrespective of race, color, or religion) who is in accordance with these principles and policies as a Member, and will provide a medium through which its individual Members seek to make more effective the expression of their own views.

More specifically, our Principal Trustee's purpose is to allow its Private Association Members to purchase working interests, also known as the fractional divided working interests of a Membership Fee as private placements in a private domain.

Due to the fact that the legal research, information, data and forms along with said benefits and services may not have been offered or prepared by a person licensed to practice law in the State that the Association is a resident or has domicile, be it known

Exhibit 9 Page 169

that the benefits and services of the Association are not a substitute for the advice of an attorney.   The Association recommends to each Member that any and all legal information, education, forms, benefits and services be reviewed by an experienced licensed Member of a State Bar Association as a final check as to the legality and proper application to the Member's situation.

The Association does not act in a representative capacity in any protecting, enforcing, or defending the legal rights of a Member.  The Member is always acting in his or her own legal capacity concerning any legal matters whatsoever.

## ARTICLE II

Name and Status

The name of this national Membership Association shall be the Innovative Group herein referred to as "Association".  The Association is formed under common law and forms no legal entity distinct from that of its Members for litigation purposes.

## ARTICLE III

Membership and Dues

1.  Membership shall be open to any person which or who adheres to the purposes of this Association in Article I.

2.  A lifetime Membership may be offered up to $10,000.00 or more.  Additional assessments may be made at any time.  Honorary Memberships may be recognized until December 31, 2012.  A lifetime Membership is defined as the lifetime of the Association.

3.  This Membership does not entitle the Member to any interest other than the contingent royalty interest in the Association or management thereof and Member will not be liable for any debts, obligations, liabilities, judgments, suits, etc. of the Association.  Liability of the Association, staff and Members is limited to the amount of Membership fees paid by a Member.

4.  The Principal Trustee or Trustees shall have the right to remove from active Membership the voting right interest of any person who shall bring any discredit or harm to the Association in any manner after a hearing of the facts where Member may be present after notification.  However, no Member's interest and no Principal Trustee's interest shall be forfeitable at any time.

## ARTICLE IV

By-Laws

By-laws may be adopted by the Association.  Any by-laws shall be adopted by a majority vote of Members.

## ARTICLE V

Amendments

Any article or by-law of the Association may be changed by the Principal Trustee or Trustees and ratified by the majority of Members in good standing at the time of the amendments.

## ARTICLE VI

Trustee or Trustees

1. The Principal Trustee or Trustees will assume the legal, liable, financial and tax responsibility of the association as the principal.  The Principal Trustee or Trustees may be any legal person or entity except a corporation.

2. The Principal Trustee or Trustees may appoint additional Trustees or Successor Members at any time.  The Board of Trustees may elect and appoint a Chairman of the Board of Trustees.  Appointments by the Principal Trustee or Trustees are to be made by minutes of the Association.

3. Ray Chadwick shall be the Principal Trustee of the Association in good standing at one time.  When a majority of Members of the Association decide that a change of trusteeship is desired for any valid reason, a Successor Member or trustees may be elected by that same majority or trustee remains as principal until replaced.

4. The Principal Trustee or Trustees may transact matters of business in its own name in behalf of the Association.  The Principal Trustee or Trustees shall be able to conduct the administrative duties such as choosing the CPA firm, banking institution, name of association and oversee all monthly distributions.  The application of any additional funds shall require a majority of Member vote.  The Principal Trustee or Trustees shall not be able to borrow against the assets of the Private Membership Association without a majority of Member vote.  The Principal Trustee or Trustees shall not receive a salary.

5. The Association's books and records shall be maintained on that method of accounting selected by the Principal Trustee or Trustees.  Complete books of

account shall be kept by the Principal Trustee or Trustees at the principal office of the Association or at such other office as the Principal Trustee and Trustees designate, such as an office of a Certified Public Accountant. The Principal Trustee or Trustees may maintain one or more bank accounts for such funds of the Association as he, she or it shall choose to deposit therein, and withdrawals therefrom shall be made upon such signature or signatures as the Principal Trustee or Trustees shall determine.

## ARTICLE VII

Dissolution

The Association will terminate upon the death of the last remaining lifetime Member. All assets and liabilities will then revert to the Principal Trustee or Trustees at the time of dissolution.

## ARTICLE VIII

Initial Membership Fees

The initial membership fees contributed by the Members and the fair market values thereof as represented by Interests in the Association are listed on the Article attached hereto.

## ARTICLE IX

Additional Membership Fees

Except as may be required by Internal Revenue Code §704, and except as otherwise determined by the Principal Trustee or Trustees, no additional share of Profits or Losses shall inure to any Member because of changes or fluctuations in his or her Membership account. However, the Principal Trustee or Trustees may agree, from time to time by majority vote, to require the payment of additional Membership fees by the Members, on or by a mutually agreeable date.

## ARTICLE X

Restrictions Relating to Association Fees

Except as otherwise specifically provided in this Contract, no Member shall have the right to withdraw or reduce his or her Membership Fee; no Members shall be entitled to receive interest on his or her Membership Fee; no Member shall have the right to

partition of Association property or to receive property other than cash, if any, in return for his or her Membership Fee; no Member shall be required to make any further fees to the Membership Fees of the Association; except as otherwise provided herein, no Member shall be liable to the Association or to any other Person to restore any deficit balance in his or her Membership Account or to reimburse any other Member for any portion of such other Member's investment in the Association; no Member shall have priority over any other Member as to the return of his or her Membership Fee; and no Member shall have a right to the return of his or her Membership Fee prior to dissolution and termination of the Association, and then only to the extent of Cash Available for Distribution.

## ARTICLE XI

Nature of Association Interest

Interests shall be personal property for all purposes.  All property owned by the Association, whether real or personal, tangible or intangible, shall be deemed to be owned by the Association as an entity; and no Member, individually, shall have ownership of such property.  The Members hereby agree that no Member, nor any successor in interest to any Member, shall have the right while this Contract remains in effect, to have any Association asset partitioned, or to file a complaint or institute any proceedings at law or in equity to have such asset partitioned; and each Member, on behalf of himself, his or her successors, successors-in-title, and assigns, hereby waives any such right.

## ARTICLE XII

Operating Profits and Operating Losses

The Association's net profits and losses will be computed in accordance with generally accepted accounting principles.  Except as otherwise provided herein, all Operating Profits and Losses shall be allocated among the Members according to such Member's Percentage Interest.  No Member has priority over any other Member as to Association profits.

## ARTICLE XIII

Distribution of Cash Available for Distribution

All Cash Available for Distribution each month shall be distributed to all Members in accordance with such Members' Percentage Interest.

ARTICLE XIV

Indemnity

Neither the Principal Trustee or Trustees nor any Member of the Association shall be liable to the Association for any loss or damages resulting from errors in judgment or for any acts or omissions that do not constitute willful misconduct or gross negligence.  In all transactions for or with the Association, the Members of the Association shall act in good faith and in a manner believed to be in the best interests of the Association.

ARTICLE XV

Arbitration

All rights of complaints or grievances will be settled by an Association Committee and will be waived by the Member for the benefit of the Association and its Members. Because the privacy and security of Membership records maintained within the Association which have been held to be inviolate by the U.S. Supreme Court, the undersigned Member waives the complaint process.  Any records kept by the association will be strictly protected and **only** released upon written request of the Member. Violation of any waivers in this Membership contract will result in a no contest legal proceeding against the Association.

ARTICLE XV

Signatures of Principal Trustees, Members and Successor Members

**PRINCIPAL TRUSTEE AND MANAGING MEMBER**

Raymon G. Chadwick, Jr.
539 W. Crossland Blvd.
Grand Prairie, Texas  75052
Fee Percentage:  0%

Signature:  _____
                     Raymon G. Chadwick, Principal Trustee and Managing Member          Date

SUCCESSOR MEMBER(S)

Signature:       _____

                     _____
                     Printed Name                                              Date

Signature:       _____

                     _____
                     Printed Name                                              Date

Signature:       _____

                     _____
                     Printed Name                                              Date

Signature:       _____

                     _____
                     Printed Name                                              Date

**MEMBER**

Carolyn N. Casey

████████████████

Fee Percentage:  12.800%


Signature:     By_____
                        Carolyn N. Casey                                    Date


       SUCCESSOR MEMBER(S)


Signature:     _____

           _____
           Printed Name                                           Date

Signature:     _____

           _____
           Printed Name                                           Date


Signature:     _____

           _____
           Printed Name                                           Date


Signature:     _____

           _____
           Printed Name                                           Date

**MEMBER**

Kenneth Maples

████████████████

Fee Percentage:  4.160%


Signature:        By_____
                        Kenneth Maples                                        Date


          SUCCESSOR MEMBER(S)


    Signature:        _____


                        _____
                        Printed Name                                          Date

    Signature:        _____


                        _____
                        Printed Name                                          Date


    Signature:        _____


                        _____
                        Printed Name                                          Date


    Signature:        _____


                        _____
                        Printed Name                                          Date

**MEMBER**

John Paul Joseph Carter

███████████

Fee Percentage:  3.200%

Signature:      By_____

                     John Paul Joseph Carter                        Date

         SUCCESSOR MEMBER(S)

    Signature:      _____

                     _____
                     Printed Name                              Date

    Signature:      _____

                     _____
                     Printed Name                              Date

    Signature:      _____

                     _____
                     Printed Name                              Date

    Signature:      _____

                     _____
                     Printed Name                              Date

**MEMBER**

Integrity Group

██████████████

█████████, Texas ███████
Fee Percentage:  3.200%

Signature:      By_____

                     Integrity Group              Date

SUCCESSOR MEMBER(S)

Signature:      _____

                _____
                Printed Name              Date

Signature:      _____

                _____
                Printed Name              Date

Signature:      _____

                _____
                Printed Name              Date

Signature:      _____

                _____
                Printed Name              Date

**MEMBER**

Glenn N. King

████████████████████

Fee Percentage:  3.200%


Signature:      By_____
                     Glenn N. King                              Date


        SUCCESSOR MEMBER(S)


    Signature:      _____

                    _____
                    Printed Name                          Date

    Signature:      _____

                    _____
                    Printed Name                          Date


    Signature:      _____

                    _____
                    Printed Name                          Date


    Signature:      _____

                    _____
                    Printed Name                          Date

**MEMBER**

Sunwest Trust, LLC FBO John Craig Rogers IRA
3240-D Juan Tabo NE
Albuquerque, NM 87111
Fee Percentage:  3.200%


Signature:      By_____
                      Sunwest Trust, LLC FBO John Craig Rogers IRA           Date


         SUCCESSOR MEMBER(S)


    Signature:      _____

                    _____
                    Printed Name                              Date

    Signature:      _____

                    _____
                    Printed Name                              Date


    Signature:      _____

                    _____
                    Printed Name                              Date


    Signature:      _____

                    _____
                    Printed Name                              Date

**MEMBER**

Sunwest Trust, LLC FBO Gary T. Smith IRA
3240-D Juan Tabo NE
Albuquerque, New Mexico  87111
Fee Percentage:  3.200%


Signature:     By_____

                    Sunwest Trust, LLC FBO Gary T. Smith IRA         Date


        SUCCESSOR MEMBER(S)


Signature:     _____

                _____
                Printed Name                       Date

Signature:     _____

                _____
                Printed Name                       Date


Signature:     _____

                _____
                Printed Name                       Date


Signature:     _____

                _____
                Printed Name                       Date

Exhibit 9 Page 182

**MEMBER**

TX Titan Group, LLC
███████, Texas ██████
Fee Percentage:  3.200%


Signature:       By_____
                      TX Titan Group (James Johnson)                Date


        SUCCESSOR MEMBER(S)


        Signature:      _____


                        _____
                        Printed Name                                Date

        Signature:      _____


                        _____
                        Printed Name                                Date


        Signature:      _____


                        _____
                        Printed Name                                Date


        Signature:      _____


                        _____
                        Printed Name                                Date

**MEMBER**

Sunwest Trust, LLC FBO William Bruce Cornell IRA
3240-D Juan Tabo NE
Albuquerque, New Mexico  87111
Fee Percentage:  2.560%


Signature:      By_____
                        Sunwest Trust, LLC FBO William Bruce Cornell IRA            Date


        SUCCESSOR MEMBER(S)


    Signature:      _____


                    _____
                    Printed Name                                    Date

    Signature:      _____


                    _____
                    Printed Name                                    Date


    Signature:      _____


                    _____
                    Printed Name                                    Date


    Signature:      _____


                    _____
                    Printed Name                                    Date

Exhibit 9 Page 184

**MEMBER**

Marilyn F. Knight

███████████████

Fee Percentage:  2.560%


Signature:      By_____
                          Marilyn F. Knight                                    Date


            SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                    Date

Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date

**MEMBER**

Elsa Billman

███████████████

Fee Percentage:  1.920%


Signature:     By_____
                        Elsa Billman                                          Date


          SUCCESSOR MEMBER(S)


     Signature:        _____

                       _____
                       Printed Name                                 Date

     Signature:        _____

                       _____
                       Printed Name                                 Date


     Signature:        _____

                       _____
                       Printed Name                                 Date


     Signature:        _____

                       _____
                       Printed Name                                 Date

**MEMBER**

Richard Kraemer

███████████████

Fee Percentage:  1.920%


Signature:     By_____
                        Richard Kraemer                                    Date


          SUCCESSOR MEMBER(S)


Signature:          _____

                    _____
                    Printed Name                                     Date

Signature:          _____

                    _____
                    Printed Name                                     Date


Signature:          _____

                    _____
                    Printed Name                                     Date


Signature:          _____

                    _____
                    Printed Name                                     Date

**MEMBER**

Mikel R. Shelton

Fee Percentage:  1.600%

Signature:     By_____

Mikel R. Shelton                                        Date

SUCCESSOR MEMBER(S)

Signature:     _____

_____
Printed Name                                        Date

Signature:     _____

_____
Printed Name                                        Date

Signature:     _____

_____
Printed Name                                        Date

Signature:     _____

_____
Printed Name                                        Date

**MEMBER**

TVM Builders, LLC

██████████, Texas ████████
Fee Percentage:  1.600%

Signature:        By_____
                          TVM Builders, LLC                                    Date

        SUCCESSOR MEMBER(S)

        Signature:        _____

                          _____
                          Printed Name                                    Date

        Signature:        _____

                          _____
                          Printed Name                                    Date

        Signature:        _____

                          _____
                          Printed Name                                    Date

        Signature:        _____

                          _____
                          Printed Name                                    Date

**MEMBER**

Jeff Venable

█████████████

Fee Percentage:  1.600%


Signature:     By_____
                    Jeff Venable                                    Date


         SUCCESSOR MEMBER(S)


    Signature:     _____

                   _____
                   Printed Name                                Date

    Signature:     _____

                   _____
                   Printed Name                                Date

    Signature:     _____

                   _____
                   Printed Name                                Date

    Signature:     _____

                   _____
                   Printed Name                                Date

**MEMBER**

Sunwest Trust, LLC FBO John Cartwright IRA
3240-D Juan Tabo NE
Albuquerque, New Mexico  87111
Fee Percentage:  1.280%


Signature:       By_____
                         Sunwest Trust, LLC FBO John Cartwright IRA          Date


SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                    Date

Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date

**MEMBER**

Mark Hamilton

████████████████████

Fee Percentage:  1.280%


Signature:     By_____
                        Mark Hamilton                                      Date


     SUCCESSOR MEMBER(S)


Signature:     _____

                        _____
                        Printed Name                                      Date

Signature:     _____

                        _____
                        Printed Name                                      Date


Signature:     _____

                        _____
                        Printed Name                                      Date


Signature:     _____

                        _____
                        Printed Name                                      Date

**MEMBER**

Eva Joyner

█████████████

Fee Percentage:  1.280%


Signature:      By_____
                        Eva Joyner                                              Date


        SUCCESSOR MEMBER(S)


        Signature:      _____

                        _____
                        Printed Name                                    Date

        Signature:      _____

                        _____
                        Printed Name                                    Date


        Signature:      _____

                        _____
                        Printed Name                                    Date


        Signature:      _____

                        _____
                        Printed Name                                    Date

**MEMBER**

David Lewis

████████████████

Fee Percentage:  1.280%

Signature:      By_____
                    David Lewis                                        Date

SUCCESSOR MEMBER(S)

Signature:      _____

              _____
              Printed Name                                    Date

Signature:      _____

              _____
              Printed Name                                    Date

Signature:      _____

              _____
              Printed Name                                    Date

Signature:      _____

              _____
              Printed Name                                    Date

**MEMBER**

John Craig Rogers

████████████

Fee Percentage:  1.280%

Signature:     By_____
                        John Craig Rogers                                          Date

SUCCESSOR MEMBER(S)

Signature:        _____

                        _____
                        Printed Name                                          Date

Signature:        _____

                        _____
                        Printed Name                                          Date

Signature:        _____

                        _____
                        Printed Name                                          Date

Signature:        _____

                        _____
                        Printed Name                                          Date

**MEMBER**

Pulse Tech Products Corp 401(K) Profit Sharing Plan (Pete Smith)

████████████████████████

████  Texas  ████
Fee Percentage:  1.280%


Signature:      By_____
                Pulse Tech Products Corp 401(K) Profit Sharing Plan (Pete Smith)      Date


        SUCCESSOR MEMBER(S)


        Signature:      _____


                        _____
                        Printed Name                                    Date

        Signature:      _____


                        _____
                        Printed Name                                    Date


        Signature:      _____


                        _____
                        Printed Name                                    Date


        Signature:      _____


                        _____
                        Printed Name                                    Date

**MEMBER**

Father Nadim Abou Zeid

███████████████████

Fee Percentage:  1.280%


Signature:      By_____
                        Father Nadim Abou Zeid                    Date


        SUCCESSOR MEMBER(S)


    Signature:        _____

                      _____
                      Printed Name                              Date

    Signature:        _____

                      _____
                      Printed Name                              Date

    Signature:        _____

                      _____
                      Printed Name                              Date

    Signature:        _____

                      _____
                      Printed Name                              Date

**MEMBER**

Lauralee Lindholm

███████████████████

Fee Percentage:  1.120%


Signature:     By_____
                    Lauralee Lindholm                              Date


        SUCCESSOR MEMBER(S)


Signature:     _____

               _____
               Printed Name                              Date

Signature:     _____

               _____
               Printed Name                              Date


Signature:     _____

               _____
               Printed Name                              Date


Signature:     _____

               _____
               Printed Name                              Date

**MEMBER**

Raymond V. Lindholm

███████████████

Fee Percentage:  1.120%


Signature:      By_____
                        Raymond V. Lindholm                    Date


        SUCCESSOR MEMBER(S)


    Signature:      _____

                    _____
                    Printed Name                        Date

    Signature:      _____

                    _____
                    Printed Name                        Date

    Signature:      _____

                    _____
                    Printed Name                        Date

    Signature:      _____

                    _____
                    Printed Name                        Date

**MEMBER**

IRA Plus SW, LLC PBO Jon J. Indall IRA

███████████████

████ , Texas ███████
Fee Percentage:  0.960%


Signature:      By_____
                        IRA Plus SW, LLC PBO Jon J. Indall IRA              Date


          SUCCESSOR MEMBER(S)


    Signature:      _____

                    _____
                    Printed Name                              Date

    Signature:      _____

                    _____
                    Printed Name                              Date


    Signature:      _____

                    _____
                    Printed Name                              Date


    Signature:      _____

                    _____
                    Printed Name                              Date

Exhibit 9 Page 200

**MEMBER**

Timothy Mack Kelsey

███████████████████

Fee Percentage:  0.960%


Signature:      By_____
                           Timothy Mack Kelsey                              Date


        SUCCESSOR MEMBER(S)


Signature:      _____

                _____
                Printed Name                                        Date

Signature:      _____

                _____
                Printed Name                                        Date


Signature:      _____

                _____
                Printed Name                                        Date


Signature:      _____

                _____
                Printed Name                                        Date

**MEMBER**

L. Myrle Morin

███████████████

Fee Percentage:  0.960%


Signature:      By_____
                         L. Myrle Morin                                          Date


        SUCCESSOR MEMBER(S)


        Signature:      _____

                         _____
                         Printed Name                                         Date

        Signature:      _____

                         _____
                         Printed Name                                         Date


        Signature:      _____

                         _____
                         Printed Name                                         Date


        Signature:      _____

                         _____
                         Printed Name                                         Date

**MEMBER**

Thomas E. Russell

Fee Percentage:  0.960%


Signature:     By_____

                         Thomas E. Russell                            Date


            SUCCESSOR MEMBER(S)


Signature:      _____

               _____
               Printed Name                        Date

Signature:      _____

               _____
               Printed Name                        Date


Signature:      _____

               _____
               Printed Name                        Date


Signature:      _____

               _____
               Printed Name                        Date

**MEMBER**

Spectra 800, LLC

███████████████

██████ Missouri ██████
Fee Percentage:  0.960%

Signature:      By_____
                        Spectra 800, LLC (Jacob Brown)                  Date

           SUCCESSOR MEMBER(S)

      Signature:      _____

                        _____
                        Printed Name                                          Date

      Signature:      _____

                        _____
                        Printed Name                                          Date

      Signature:      _____

                        _____
                        Printed Name                                          Date

      Signature:      _____

                        _____
                        Printed Name                                          Date

**MEMBER**

Paul Krause

██████████████

Fee Percentage:  0.960%


Signature:      By_____
                          Paul Krause                                     Date


        SUCCESSOR MEMBER(S)


Signature:      _____

                _____
                Printed Name                                       Date

Signature:      _____

                _____
                Printed Name                                       Date


Signature:      _____

                _____
                Printed Name                                       Date


Signature:      _____

                _____
                Printed Name                                       Date

**MEMBER**

Howell D. Baggerly, III

███████████████████

Fee Percentage:  0.640%


Signature:      By_____
                      Howell D. Baggerly, III                              Date


        SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                              Date

Signature:        _____

                  _____
                  Printed Name                              Date


Signature:        _____

                  _____
                  Printed Name                              Date


Signature:        _____

                  _____
                  Printed Name                              Date

**MEMBER**

Richard Camarata

█████████████████

Fee Percentage:  0.640%


Signature:     By_____
                        Richard Camarata                                    Date


       SUCCESSOR MEMBER(S)


Signature:      _____

                    _____
                    Printed Name                                    Date

Signature:      _____

                    _____
                    Printed Name                                    Date


Signature:      _____

                    _____
                    Printed Name                                    Date


Signature:      _____

                    _____
                    Printed Name                                    Date

**MEMBER**

Create Life Resources, Inc. 403 (b) Plan and Trust (Self-Directed)

███████████

██████ Texas █████

Fee Percentage:  0.640%


Signature:     By_____
                    Create Life Resources, Inc. 403 (b) Plan and Trust (Self-Directed)     Date


        SUCCESSOR MEMBER(S)


Signature:     _____

              _____
              Printed Name                          Date

Signature:     _____

              _____
              Printed Name                          Date


Signature:     _____

              _____
              Printed Name                          Date


Signature:     _____

              _____
              Printed Name                          Date

**MEMBER**

Laticia Fuller

█████████████

Fee Percentage:  0.640%


Signature:     By_____
                       Laticia Fuller                                    Date


        SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                    Date

Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date

**MEMBER**

John Himel

███████████████████

Fee Percentage:  0.640%

Signature:      By_____
                    John Himel                              Date


      SUCCESSOR MEMBER(S)


Signature:      _____

                _____
                Printed Name                              Date

Signature:      _____

                _____
                Printed Name                              Date


Signature:      _____

                _____
                Printed Name                              Date


Signature:      _____

                _____
                Printed Name                              Date

**MEMBER**

Robert S. Himel

███████████████

Fee Percentage:  0.640%


Signature:     By_____
                        Robert S. Himel                                              Date


      SUCCESSOR MEMBER(S)


Signature:     _____

                   _____
                   Printed Name                                                 Date

Signature:     _____

                   _____
                   Printed Name                                                 Date


Signature:     _____

                   _____
                   Printed Name                                                 Date


Signature:     _____

                   _____
                   Printed Name                                                 Date

**MEMBER**

JJ Canuck Investments

███████, Texas ██████
Fee Percentage:  0.640%


Signature:      By_____
                     JJ Canuck Investments                        Date


        SUCCESSOR MEMBER(S)


    Signature:      _____

                    _____
                    Printed Name                          Date

    Signature:      _____

                    _____
                    Printed Name                          Date

    Signature:      _____

                    _____
                    Printed Name                          Date

    Signature:      _____

                    _____
                    Printed Name                          Date

**MEMBER**

Charlene Johanneson

███████████████

Fee Percentage:  0.640%


Signature:    By_____
              Charlene Johanneson                        Date


SUCCESSOR MEMBER(S)


Signature:    _____

              _____
              Printed Name                              Date

Signature:    _____

              _____
              Printed Name                              Date


Signature:    _____

              _____
              Printed Name                              Date


Signature:    _____

              _____
              Printed Name                              Date

**MEMBER**

Janet L. Johnson

███████████████

Fee Percentage:  0.640%


Signature:      By_____
                        Janet L. Johnson                                        Date


      SUCCESSOR MEMBER(S)


Signature:        _____


          _____
                  Printed Name                                              Date

Signature:        _____


          _____
                  Printed Name                                              Date


Signature:        _____


          _____
                  Printed Name                                              Date


Signature:        _____


          _____
                  Printed Name                                              Date

**MEMBER**

Georgia T. Maryol

██████████████████

Fee Percentage:  0.640%

Signature:     By_____
                          Georgia T. Maryol                       Date

      SUCCESSOR MEMBER(S)

Signature:     _____

              _____
              Printed Name                       Date

Signature:     _____

              _____
              Printed Name                       Date

Signature:     _____

              _____
              Printed Name                       Date

Signature:     _____

              _____
              Printed Name                       Date

**MEMBER**

James McMurtree

█████████████████████

Fee Percentage:  0.640%

Signature:      By_____
                        James McMurtree                              Date


SUCCESSOR MEMBER(S)

Signature:      _____

                _____
                Printed Name                                         Date

Signature:      _____

                _____
                Printed Name                                         Date

Signature:      _____

                _____
                Printed Name                                         Date

Signature:      _____

                _____
                Printed Name                                         Date

**MEMBER**

James Robert Miller

████████████████

Fee Percentage:  0.640%


Signature:      By_____
                        James Robert Miller                                    Date


     SUCCESSOR MEMBER(S)


Signature:      _____


                _____
                Printed Name                                           Date

Signature:      _____


                _____
                Printed Name                                           Date


Signature:      _____


                _____
                Printed Name                                           Date


Signature:      _____


                _____
                Printed Name                                           Date

**MEMBER**

Karen Moore

█████████████████

Fee Percentage:  0.640%


Signature:     By_____
                        Karen Moore                                                    Date


        SUCCESSOR MEMBER(S)


Signature:      _____

                 _____
                 Printed Name                                                  Date

Signature:      _____

                 _____
                 Printed Name                                                  Date


Signature:      _____

                 _____
                 Printed Name                                                  Date


Signature:      _____

                 _____
                 Printed Name                                                  Date

**MEMBER**

Robert Timothy Nations

████████████████████

Fee Percentage:  0.640%


Signature:     By_____
                        Robert Timothy Nations                              Date



        SUCCESSOR MEMBER(S)


    Signature:        _____


                      _____
                      Printed Name                              Date

    Signature:        _____


                      _____
                      Printed Name                              Date


    Signature:        _____


                      _____
                      Printed Name                              Date


    Signature:        _____


                      _____
                      Printed Name                              Date

**MEMBER**

Sunwest Trust, LLC FBO Philip Sam Pierce SEP IRA
3240-D Juan Tabo NE
Albuquerque, New Mexico  87111
Fee Percentage:  0.640%


Signature:      By_____
                        Sunwest Trust, LLC FBO Phillip Sam Pierce SEP IRA     Date


        SUCCESSOR MEMBER(S)


Signature:        _____


                  _____
                  Printed Name                                  Date

Signature:        _____


                  _____
                  Printed Name                                  Date


Signature:        _____


                  _____
                  Printed Name                                  Date


Signature:        _____


                  _____
                  Printed Name                                  Date

**MEMBER**

Sharon Porter

Fee Percentage:  6.640%

Signature:     By_____
                          Sharon Porter                              Date

SUCCESSOR MEMBER(S)

Signature:     _____

                _____
                Printed Name                                  Date

Signature:     _____

                _____
                Printed Name                                  Date

Signature:     _____

                _____
                Printed Name                                  Date

Signature:     _____

                _____
                Printed Name                                  Date

**MEMBER**

Sunwest Trust, LLC FBO Armando G. Ramirez IRA
3240-D Juan Tabo NE
Albuquerque, New Mexico  87111
Fee Percentage:  0.640%


Signature:      By_____
                          Sunwest Trust, LLC FBO Armando G. Ramirez IRA               Date


          SUCCESSOR MEMBER(S)


Signature:        _____


                  _____
                  Printed Name                                          Date

Signature:        _____


                  _____
                  Printed Name                                          Date


Signature:        _____


                  _____
                  Printed Name                                          Date


Signature:        _____


                  _____
                  Printed Name                                          Date

**MEMBER**

LaNelle Shofner

████████████████

Fee Percentage:  6.640%


Signature:      By_____
                    LaNelle Shofner                                    Date


          SUCCESSOR MEMBER(S)


Signature:      _____

                _____
                Printed Name                                    Date

Signature:      _____

                _____
                Printed Name                                    Date


Signature:      _____

                _____
                Printed Name                                    Date


Signature:      _____

                _____
                Printed Name                                    Date

**MEMBER**

Mark A. Shofner

███████████████

Fee Percentage:  6.640%


Signature:      By_____
                        Mark A. Shofner                                    Date


         SUCCESSOR MEMBER(S)


Signature:        _____


                  _____
                  Printed Name                               Date

Signature:        _____


                  _____
                  Printed Name                               Date


Signature:        _____


                  _____
                  Printed Name                               Date


Signature:        _____


                  _____
                  Printed Name                               Date

**MEMBER**

Fulfilling Dreams Forever Trust

███████████████████

Fee Percentage:  0.640%

Signature:     By_____
                        Fulfilling Dreams Forever Trust (Mike and Holly Smith)        Date

Signature:     By_____
                                                                                                         Date

SUCCESSOR MEMBER(S)

Signature:        _____

                        _____
                        Printed Name                                                        Date

Signature:        _____

                        _____
                        Printed Name                                                        Date

Signature:        _____

                        _____
                        Printed Name                                                        Date

Signature:        _____

                        _____
                        Printed Name                                                        Date

**MEMBER**

IRA Plus Southwest, LLC FBO Warren G. Williams IRA TX001218

██████████ ████████
███████, Texas ██████████
Fee Percentage:  0.640%


Signature:      By_____
                        IRA Plus Southwest, LLC FBO Warren G. Williams IRA TX001218         Date


          SUCCESSOR MEMBER(S)


Signature:      _____

                _____
                Printed Name                                          Date

Signature:      _____

                _____
                Printed Name                                          Date


Signature:      _____

                _____
                Printed Name                                          Date


Signature:      _____

                _____
                Printed Name                                          Date

**MEMBER**

Richard Knox

████████████████

Fee Percentage:  0.480%


Signature:     By_____
                         Richard Knox                                      Date


          SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                        Date

Signature:        _____

                  _____
                  Printed Name                                        Date


Signature:        _____

                  _____
                  Printed Name                                        Date


Signature:        _____

                  _____
                  Printed Name                                        Date

**MEMBER**

Adam Rollins

█████████████

Fee Percentage:  0.480%


Signature:      By_____
                        Adam Rollins                                    Date


      SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                      Date

Signature:        _____

                  _____
                  Printed Name                                      Date


Signature:        _____

                  _____
                  Printed Name                                      Date


Signature:        _____

                  _____
                  Printed Name                                      Date

**MEMBER**

Rickey Eugene Wright

████████████████████

Fee Percentage:  0.480%


Signature:      By_____
                    Rickey Eugene Wright                              Date


     SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                    Date

Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date


Signature:        _____

                  _____
                  Printed Name                                    Date

**MEMBER**

Nathan R. Auffort

███████████████

Fee Percentage:  0.320%


Signature:      By_____
                     Nathan R. Auffort                              Date


     SUCCESSOR MEMBER(S)


Signature:      _____


        _____
                     Printed Name                                   Date

Signature:      _____


        _____
                     Printed Name                                   Date


Signature:      _____


        _____
                     Printed Name                                   Date


Signature:      _____


        _____
                     Printed Name                                   Date

**MEMBER**

Lawrence G. Breault

███████████████████

Fee Percentage:  0.320%

Signature:      By_____
                          Lawrence G. Breault                          Date

        SUCCESSOR MEMBER(S)

Signature:      _____

                _____
                Printed Name                                    Date

Signature:      _____

                _____
                Printed Name                                    Date

Signature:      _____

                _____
                Printed Name                                    Date

Signature:      _____

                _____
                Printed Name                                    Date

**MEMBER**

Sunwest Trust, LLC FBO Marjorie Breault IRA
3240-D Juan Tabo NE
Albuquerque, New Mexico  87111
Fee Percentage:  0.320%


Signature:      By_____
                          Sunwest Trust, LLC FBO Marjorie Breault IRA            Date


             SUCCESSOR MEMBER(S)


      Signature:      _____

                       _____
                       Printed Name                                          Date

      Signature:      _____

                       _____
                       Printed Name                                          Date


      Signature:      _____

                       _____
                       Printed Name                                          Date


      Signature:      _____

                       _____
                       Printed Name                                          Date

**MEMBER**

Debbie Burgess

███████████████

Fee Percentage:  0.320%


Signature:     By_____

                    Debbie Burgess                              Date


      SUCCESSOR MEMBER(S)


Signature:     _____

               _____
               Printed Name                              Date

Signature:     _____

               _____
               Printed Name                              Date


Signature:     _____

               _____
               Printed Name                              Date


Signature:     _____

               _____
               Printed Name                              Date

**MEMBER**

Thomas W. Chrisman

████████████████████

Fee Percentage:  0.320%


Signature:      By_____
                         Thomas W. Chrisman                          Date


        SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                              Date

Signature:        _____

                  _____
                  Printed Name                              Date


Signature:        _____

                  _____
                  Printed Name                              Date


Signature:        _____

                  _____
                  Printed Name                              Date

**MEMBER**

Dennis R. Guinn

███████████████

Fee Percentage:  0.320%

Signature:       By_____
                        Dennis R. Guinn                                    Date


        SUCCESSOR MEMBER(S)


        Signature:        _____

                          _____
                          Printed Name                                Date

        Signature:        _____

                          _____
                          Printed Name                                Date


        Signature:        _____

                          _____
                          Printed Name                                Date


        Signature:        _____

                          _____
                          Printed Name                                Date

**MEMBER**

Mark Knox

████████████████

Fee Percentage:  0.320%


Signature:     By_____

                   Mark Knox                                                    Date


       SUCCESSOR MEMBER(S)


Signature:        _____

                  _____
                  Printed Name                                              Date

Signature:        _____

                  _____
                  Printed Name                                              Date


Signature:        _____

                  _____
                  Printed Name                                              Date


Signature:        _____

                  _____
                  Printed Name                                              Date

**MEMBER**

Shawn Swartwout

███████████████████

Fee Percentage:  0.320%


Signature:      By_____
                        Shawn Swartwout                                    Date


       SUCCESSOR MEMBER(S)


Signature:      _____

                _____
                Printed Name                                        Date

Signature:      _____

                _____
                Printed Name                                        Date


Signature:      _____

                _____
                Printed Name                                        Date


Signature:      _____

                _____
                Printed Name                                        Date

**MEMBER**

*To Be Determined*

Fee Percentage:  _____%

Signature: _____
                                                                                                    Date

SUCCESSOR MEMBER(S)

Signature: _____

_____
Printed Name                                                                               Date

Signature: _____

_____
Printed Name                                                                               Date

Signature: _____

_____
Printed Name                                                                               Date

Signature: _____

_____
Printed Name                                                                               Date