| | |
|---|---|
| **From:** | David Alcorn[dalcorn@netpca.com] |
| **Sent:** | Wed, 26 Dec 2012 19:18:36  0700 |
| **To:** | BOBBY JONES[jobbybones@me.com] |
| **BCC:** | Kent Maerki[kentmaerki@gmail.com] |
| **Subject:** | Re: Innovative Group App and Wire Transfer |

Great news!  Thanks for keeping me in the loop.  Also we received funds today from Terry for 4 applications.  We are awaiting the contract and will be in touch.

Any update on Larry?

Thanks Bobby.

Sent from my iPad
David A. Alcorn

On Dec 26, 2012, at 7:07 PM, BOBBY JONES <jobbybones@me.com> wrote:

> Terry,
>
> Please find the attached email with the application. However, on this one he did not include my name and information.
>
> Money has been wired.
>
> Also, you should have received Father Nadim's check for $20,000. Please copy me on your confirmation to them that you have received their funds.
>
> That should be $270,000 you have received by Casey, Carter, Nadim and Burgess.
>
> I will be in touch regarding the other reservations tomorrow!
>
> MAKE it a GREAT DAY!! GREAT DAYS AHEAD!! GOD BLESS!!
>
> Bobby
>
> Sent from my iPad
>
> Begin forwarded message:
>
> > **From:** Joe Carter <jpjtx@hotmail.com>
> > **Date:** December 26, 2012, 3:48:00 PM CST
> > **To:** jobbybones@me.com
> > **Subject: Innovative Group App and Wire Transfer**
> >
> > Hi Bobby,

Exhibit 10 Page 239

CONFIDENTIAL TREATMENT REQUESTED

JS002648

This is Joe Carter. I have been talking with Charles about the Janus Spectrum Investment.  I sent my Innovative Group Member Enrollment form to him, but I'm not sure if he sent it you you. Here it is in case he did not send it.  I also sent the wire transfer today for the $50,000.00 to the bank info on the Enrollment form. If there is anything else I need to do, please let me know.  The wire transfer will be from John Joe Carter.  I know my mother Carolyn Casey sent hers last week. Again if there is anything else I need to do please do not hesitate to call or E-Mail back.

Thank you,
Joe Carter
830-23█████

<Integrity Group App.pdf>

Exhibit 10 Page 240

CONFIDENTIAL TREATMENT REQUESTED

JS002649

```
From:     David Alcorn [dalcorn@netpca.com]
Sent:     1/29/2013 8:39:55 AM
Received: 1/29/2013 8:39:55 AM
To:       TERRY JOHNSON [twjohnson75@msn.com];
Subject:  Re: Wire sent for Innovative Group
```

Terry, should it not have been 195?

Sent from my iPhone
David Alcorn

On Jan 28, 2013, at 11:28 PM, TERRY JOHNSON <twjohnson75@msn.com> wrote:


David,

We have wired $197,000.00 for 5 additional license applications for Innnovative Group. It should go out later today (Tuesday).

St. Louis
Portland
San Diego
Pittsburgh
Nashville

Thanks,

Terry

Exhibit 10 Page 241

CONFIDENTIAL TREATMENT REQUESTED                              JS002996