


Taxable Entity Search Results
Taxable Entity Search

# Officers and Directors

REDWATER FUNDING GROUP, LLC
Report Year: Not Available

Return to: Taxable Entity Search Results

Officer and director information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.state.tx.us or Comptroller of Public Accounts, Open Government Division, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| MEMBER | **RAYMON G CHADWICK JR**<br>539 W CROSSLAND BLVD<br>GRAND PRAIRIE , TX 75052 |
| MEMBER | **TERRY W JOHNSON**<br>23 CANDLELITE TR<br>HEATH , TX 75032 |

texas.gov | Statewide Search from the Texas State Library | State Link Policy | Texas Homeland Security

**Susan Combs**, Texas Comptroller • Window on State Government • Contact Us
Privacy and Security Policy | Accessibility Policy | Link Policy | Public Information Act | Compact with Texans