Ariz. Corp. Comm. -- Corporations Division | Page 1 of 2

Case 2:13-cv-08314-DDP-E   Document 3-12   Filed 11/08/13   Page 1 of 2   Page ID #:285

|  | Arizona Corporation Commission |  |
|---|---|---|
| 11/04/2013 | State of Arizona Public Access System | 9:32 AM |

## Jump To...

Scanned Documents    Amendments

| Corporate Inquiry ||
|---|---|
| **File Number:** L-1566290-5 | Check Corporate Status |
| **Corp. Name:** EXPECTRUM, LLC ||

### Domestic Address

| |
|---|
| 8149 N 87TH PL #212 |
| SCOTTSDALE,  AZ  85258 |

### Statutory Agent Information

| |
|---|
| **Agent Name:**  DEBORAH JENKINS |
| |
| **Agent Mailing/Physical Address:** |
| 8149 N 87TH PL #212 |
| SCOTTSDALE,  AZ  85258 |
| |
| **Agent Status:** APPOINTED 11/23/2009 |
| **Agent Last Updated:** 03/04/2010 |

### Additional Corporate Information

| | |
|---|---|
| **Corporation Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 11/23/2009 | **Corporate Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** MARICOPA |
| **Approval Date:** 12/08/2009 | **Original Publish Date:** 02/12/2010 |

### Manager/Member Information

| | |
|---|---|
| TERRY JOHNSON<br>MANAGER<br>6 KEY<br>HEATH,TX   75032<br>**Date of Taking Office:** 12/03/2012<br>**Last Updated:** 12/11/2012 | ANN E JOHNSON<br>MEMBER<br>6 KEY<br>HEATH,TX   75032<br>**Date of Taking Office:** 12/03/2012<br>**Last Updated:** 12/11/2012 |

Exhibit 12 Page 243

Ariz. Corp. Comm. -- Corporations Division                                      Page 2 of 2

Case 2:13-cv-08314-DDP-E   Document 3-12   Filed 11/08/13   Page 2 of 2   Page ID #:286

| ALGEA W JOHNSON<br>MEMBER<br>113 CANDELITE TR<br>HEATH,TX  75032<br>**Date of Taking Office:** 11/23/2009<br>**Last Updated:** 12/08/2009 | STEVEN A WARD<br>MEMBER<br>7113 RIVERCHASE TR<br>DENTON,TX  76210<br>**Date of Taking Office:** 11/23/2009<br>**Last Updated:** 12/08/2009 |
| --- | --- |
| RAYMON G CHADWICK JR<br>MEMBER<br>539 W CROSSLAND BLVD<br>GRAND PRAIRIE,TX  75052<br>**Date of Taking Office:** 11/23/2009<br>**Last Updated:** 12/08/2009 | |

## Scanned Documents

**(Click on gray button - if present - to view document - will open in a new window)**

| Document Number | Description | Date Received |
| --- | --- | --- |
| 02972813 | ARTICLES OF ORGANIZATION | 11/23/2009 |
| 03018176 | AMENDMENT | 01/19/2010 |
| 03071602 | PUB OF ARTICLES OF ORGANIZATION | 02/12/2010 |
| 03042139 | PUB FILM ONLY | 02/22/2010 |
| 03225896 | PUB OF AMENDED ARTICLES OF ORGANIZATION | 08/04/2010 |
| 04077099 | AMENDMENT | 12/03/2012 |

Back To Top

## Amendments

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
| --- | --- | --- | --- |
| 12/03/2012 | AMENDMENT | | WAIVE |
| 01/19/2010 | AMENDMENT | 08/04/2010 | |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **STARPAS Main Menu**
- **A.C.C. Corporations Division Main Page**
- **Arizona Corporation Commission Home Page**

Exhibit 12 Page 244