| | |
|---|---|
| **From:** | Ray Chadwick |
| **To:** | Muttalib, Sana |
| **Subject:** | Re: Voice message |
| **Date:** | Wednesday, September 04, 2013 3:38:56 PM |

Thank you ma'am.

Sent from my iPhone

On Sep 4, 2013, at 4:07 PM, "Muttalib, Sana" <MuttalibS@sec.gov> wrote:

> You may have until September 25th to respond.
>
> -----Original Message-----
> From: Ray Chadwick [mailto:rchadwick20@gmail.com]
> Sent: Wednesday, September 04, 2013 2:05 PM
> To: Muttalib, Sana
> Subject: Voice message
>
> Dear Ms. Muttalib,
>
> I am sending this email to confirm the voice message I left you yesterday afternoon requesting a time extension. My family and I just returned from vacation yesterday and just saw the new subpoenas for the first time. As I stated in my message I need time to review these subpoenas and I am leaving town in the morning for business and there is no way that I can meet the 9/9/13 deadline.
>
> Please let me know how much time you can give me. I truly appreciate your consideration in this manner.
>
> Sincerely,
>
> Ray Chadwick
> 214-394-2697
>
> Sent from my iPhone

Exhibit 13 Page 245