| | |
|---|---|
| **From:** | Muttalib, Sana |
| **To:** | "TERRY JOHNSON" |
| **Subject:** | RE: In the Matter of Janus Spectrum (LA-04280) |
| **Date:** | Wednesday, September 04, 2013 2:09:00 PM |

We can grant you an extension until September 26th. If you need to discuss further, you can reach me by phone tomorrow.

**From:** TERRY JOHNSON [mailto:twjohnson75@msn.com]
**Sent:** Tuesday, September 03, 2013 11:37 PM
**To:** Muttalib, Sana
**Subject:** Re: In the Matter of Janus Spectrum (LA-04280)

Sana,

I have had a very heavy travel schedule this summer and returned home this weekend to find two additional subpoenas in the Janus Spectrum matter. These subpoenas are requesting a lot of information. I have a very tight schedule again this week and next with a trip to west Texas and Houston. I do not see how I can possibly respond to these by September 9th. I respectfully request an additional 30 days to prepare a response to these subpoenas.

Sincerely,

Terry Johnson
469-32▮

Exhibit 14 Page 246