| | |
|---|---|
| From: | Muttalib, Sana |
| To: | "bobbyjones11@cox.net" |
| Subject: | Re: Janus Spectrum LLC |
| Date: | Tuesday, September 17, 2013 10:33:01 AM |

Please send all documents by this Friday. We will not grant any additional extensions.

**From**: BOBBY JONES [mailto:bobbyjones11@cox.net]
**Sent**: Monday, September 16, 2013 01:29 PM
**To**: Muttalib, Sana
**Subject**: Re: Janus Spectrum LLC

Sana,

As you know from prior communication we have been dealing with family issues that has taken a toll on our time, attention and stress level from Phoenix to Seattle to Kansas. We have been in Seattle since the 28th of August and returned last evening (September 15th) about 11:00pm into Phoenix. I have stacks of mail and there was not a subpoena and no one served me prior to leaving for Seattle on August 28th.

I am sorry about that. I will do my best to address the copy of the subpoena you attached in your last email and submit what I have that you are requesting by email and/or FedEx no later than Friday (September 20th, 2013) close of business this week. If I can pull it together today, I will and forward it to you.

Thanks in advance for your understanding and allowing me this extension of time to answer your subpoena.

Bobby Jones

Exhibit 15 Page 247

On Sep 12, 2013, at 3:26 PM, "Muttalib, Sana" <MuttalibS@SEC.GOV> wrote:

> Mr. Jones:
>
> I am following up on the e-mail below. Please respond as soon as possible.
>
> ---
>
> **From:** Muttalib, Sana
> **Sent:** Wednesday, September 11, 2013 1:34 PM
> **To:** bobbyjones11@cox.net
> **Subject:** Janus Spectrum LLC
> **Importance:** High
>
> Mr. Jones:
>
> An additional subpoena was sent to you attention on August 26, 2013 (see attached). As of the date of this e-mail, we have not received any sort of response from you nor have you contacted us regarding the subpoena. The subpoena response deadline has passed. Contact me as soon as possible via e-mail or telephone (323) 965-4506.
>
> Best,
> Sana
>
> <image003.jpg>
> Sana Muttalib
> Attorney, Enforcement Division
> U.S. Securities and Exchange Commission
> 5670 Wilshire Boulevard, 11th Floor, Los Angeles, CA 90036
> Tel: (323) 965-4506 || E-mail:  MuttalibS@sec.gov||

Exhibit 15 Page 248