O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE SECURITIES AND EXCHANGE COMMISSION,<br><br>           Petitioner,<br><br>     v.<br><br>BOBBY JONES, RAYMON CHADWICK, TERRY JOHNSON, INNOVATIVE GROUP, REDWATER FUNDING GROUP, LLC and EXPECTRUM, LLC,<br><br>           Respondents.<br>_____ | Case No. CV 13-08314 DDP (Ex)<br><br>**ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA**<br><br>[DKT No. 1] |

    The Securities and Exchange Commission ("SEC") applied pursuant to Section 22(b) of the Securities Act of 1933 (15 U.S.C. § 77v(b)) and Section 21(c) of the Securities Exchange Act of 1934 (15 U.S.C. § 78u(c)) for an Order Compelling Compliance with Administrative Subpoenas issued by the SEC.

    The Court has considered the Memorandum of Points and Authorities in support of the SEC's Application (DKT No. 2), as well as the brief submitted by Respondents (DKT No. 22) and all

other papers filed in the proceedings herein.  The Court determines that it has jurisdiction over the parties and the subject matter at issue and that the SEC has presented good cause for the Order requested.  The Court is unaware of any relief available under the theories presented by Respondents.

ACCORDINGLY, IT IS HEREBY ORDERED that the SEC's Application for an Order Compelling Compliance with Administrative Subpoenas is GRANTED.

IT IS FURTHER ORDERED that Respondents Bobby Jones, Raymon Chadwick, Terry Johnson, Innovative Group, Redwater Funding, LLC and Expectrum, LLC shall produce all documents called for by SEC's August 26 administrative subpoenas to the SEC staff on or before January 13, 2014 at the SEC's Los Angeles Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, pursuant to the SEC subpoenas.

IT IS SO ORDERED.

Dated: December 16, 2013

DEAN D. PREGERSON
United States District Judge

2