Redwater Funding Group, LLC, Pro se, et al.
c/o Raymon Chadwick
539 Crossland Boulevard
Grand Prairie, Texas 75052
email: rchadwick20@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>BOBBY JONES, RAYMON CHADWICK, TERRY JOHNSON, REDWATER FUNDING GROUP, LLC, REDWATER FUNDING GROUP, LLC AND EXPECTRUM, LLC,<br><br>Respondents. | NO. CV13-08314-DDP (Ex)<br><br>RESPONDENT'S MOTION FOR STAY PENDING PETITION FOR WRIT OF MANDAMUS |

NOW COMES the Defendant's Redwater Funding Group, LLC, et al. to file this Respondent's Motion for Stay Pending Petition for Writ of Mandamus and would show the Court the following, to wit:

In a hearing which was held on December 16, 2013 in the United States District Court for the Central District of California, an Order Compelling

Compliance with Administrative Subpoena was issued, Relator was not allowed to present argument or attend said hearing.

Respondents have issued their own voluntary cease and desist order based on the possibility that securities laws may have been violated over one (1) year ago in November, 2012. Any allegation or accusation of a violation of Securities Laws by Respondent would be moot.

As of this late date, the S.E.C. could not have any reasonable suspicion or evidence that Respondents are violating any securities laws at the present time, which would be impossibility. Now that Respondent's know how to do business in the private domain, they would never again operate in the public domain subject to S.E.C. securities laws as verified by this Hearing Brief.

The S.E.C. subpoenas must be relevant and material to a lawful investigation of <u>Public</u> securities activity involving the Respondents after November 13, 2012 must be forgiven.

The Recession Letter sent to the S.E.C. on December 04, 2013 and November 13, 2012 proves that there could not be any criminal or *mens rea* intent or even civil fraud in the past that the Respondents could be held accountable for in the future.

Therefore, it is institutional bad faith for the S.E.C. to continue to seek enforcement of the Subpoenas. This legal action then becomes a form of

harassment against Respondents which is not a legal purpose of the S.E.C. as a governmental agency. Proper legal procedures were not followed because the S.E.C. does not have any jurisdiction, authority or legal standing to investigate or subpoena Respondents causing a violation of due process of law.

Relator responded to United States Securities Exchange Commission letter dated October 4, 2013 informing the United States Securities Exchange Commission that any records or information Relator gives up will be under protest and duress. Relator requested the right to examine the issued complaint against Relator and to provide Relator the right to a hearing.

The Relator petitions the higher Court by writ as he has no other adequate means to attain the relief he desires. Kerr v.United States District Court, 426 U.S. 394 at 403, 96 S.Ct. 2119 (1976). The Relator will be damaged or prejudiced in a way not correctable. Arthur Young & Co. v. United States District Court, 549 F.2d 686 at 691-692 (1977); Kerr v. United States District Court, supra, 511 F.2d at 196; therefore, Relator has requested that a writ be issued by the higher Honorable Court to compel this lower court to perform the mandatory or purely ministserial duties correctly in this case by following the basic laws of the United States Constitution and allow Relator a hearing to show why the subpoena in question should not be enforced.

THEREFORE, IT IS Prayed that this Respondent's Motion for Stay Pending Petition for Writ of Mandamus be granted.

Respectfully submitted this __6__ day of January, 2014.

Redwater Funding Group, LLC, Pro se, et al.

by _____
Raymon Chadwick
539 Crossland Boulevard
Grand Prairie, Texas  75052
Email:  rchadwick20@gmail.com


_____
Terry Johnson
6 Key Drive
Heath, Texas 75032
469-323-1275


Innovative Group

_____
539 W. Crossland Blvd.
Grand Prairie, Texas 75052



Expectrum LLC

_____
6 Key Drive
Heath, Texas 75032

*[signature]*
Raymon Chadwick
539 W. Crossland Blvd.
Grand Prairie, Texas 75052

*[signature]*
Bobby Jones, signed by permission
1831 E. Donner Drive
Phoenix, Arizona 85042

## VERIFICATION

IT IS HEREBY Certified that the facts in the foregoing pleadings are true and correct under penalties of perjury to the best of my knowledge and belief.

Redwater Funding Group, LLC, et al.
by *[signature]*
Raymon Chadwick

*[signature]*
Terry Johnson
6 Key Drive
Heath, Texas 75032
469-323-1275

Innovative Group
*[signature]*
539 W. Crossland Blvd.
Grand Prairie, Texas 75052

Expectrum LLC
*[signature]*
6 Key Drive
Heath, Texas 75032

*[signature: Raymon Chadwick]*
Raymon Chadwick
539 W. Crossland Blvd.
Grand Prairie, Texas 75052

*[signature: Bobby Jones]*
Bobby Jones, signed by permission
1831 E. Donner Drive
Phoenix, Arizona 85042

## CERTIFICATE OF SERVICE

IT IS HEREBY Certified that a copy of the foregoing Defendant's Motion for Stay Pending Petition for writ of Mandamus was emailed to those listed on the 6 day of January, 2014.

Redwater Funding Group, LLC, et al.

by *[signature]*
Raymon Chadwick

*[signature: Terry Johnson]*
Terry Johnson
6 Key Drive
Heath, Texas 75032
469-323-1275

Innovative Group
*[signature: Raymon Chadwick]*
539 W. Crossland Blvd.
Grand Prairie, Texas 75052

6

Expectrum LLC

_____
6 Key Drive
Heath, Texas 75032


_____
Raymon Chadwick
539 W. Crossland Blvd.
Grand Prairie, Texas 75052


_____
Bobby Jones, signed by permission
1831 E. Donner Drive
Phoenix, Arizona 85042



Sam S. Puthasnanon
email:  puathasnanons@sec.gov

Sana Muttalib
email:  muttalibs@sec.gov

Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036

Clerk of the Court
United States District Court
Central District Court of California
312 North Spring Street
Los Angeles, CA 90012-4701