UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 13-08314 DDP (Ex)                                    Dated: January 16, 2014

Title:   IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE SECURITIES AND EXCHANGE COMMISSION -v- BOBBY JONES, RAYMON CHADWICK, TERRY JOHNSON, INNOVATIVE GROUP, REDWATER FUNDING GROUP, LLC and EXPECTRUM, LLC

================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                           None Present
Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                       None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)


**COUNSEL AND PARTIES ARE NOTIFIED** the MOTION TO STAY (DOCKET NUMBER 39) is hereby DENIED.


MINUTES FORM 11                                            Initials of Deputy Clerk   JAC
CIVIL -- GEN