O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENAS OF THE<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>           Applicant,<br><br>  v.<br><br>BOBBY JONES, RAYMON CHADWICK, TERRY JOHNSON, INNOVATIVE GROUP, REDWATER FUNDING GROUP, LLC and EXPECTRUM, LLC,<br><br>           Respondents.<br>_____ | Case No. CV 13-08314 DDP (Ex)<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILING TO COMPLY WITH THE COURT'S ORDER** |

On January 29, 2014, the Applicant, the Securities and Exchange Commission (the "SEC") filed and served an Application for an Order to Show Cause Why Respondents Bobby Jones, Raymon Chadwick, Terry Johnson, Innovative Group, Redwater Funding Group, LLC and Expectrum LLC Should Not Be Held in Civil Contempt for Failing to Comply with the Court's December 16, 2013 Order Compelling Compliance with Administrative Subpoenas. To date, Respondents have failed to file any response or objection to this

Application. Having considered the Application and papers filed in support thereof, and good cause being shown, and the Court being fully advised in the premises and there being no just cause for delay:

IT IS HEREBY ORDERED that at 9:30 a.m. on March 3, 2014, Respondents Bobby Jones, Raymon Chadwick, Terry Johnson, Innovative Group, Redwater Funding, LLC and Expectrum, LLC shall appear before the Honorable George H. King, Chief United States District Judge, Roybal Federal Building and United States Courthouse, 255 E. Temple Street, Courtroom 650, Los Angeles, California, to show cause, if there be any, why Respondents should not be held in civil contempt for violations of this Court's December 16, 2013 Order in accordance with the Application filed by the SEC herein. Individual Respondents are ordered to appear in person at the above time and place. If they fail to appear in person, a warrant for their arrest will be issued at that time.

IT IS FURTHER ORDERED that any papers in opposition to the SEC's Application for an order holding Respondents in contempt shall be filed with the Court (with a mandatory chambers copy delivered to the chambers of Judge Pregerson at the time of filing) and delivered to the SEC's Los Angeles Regional Office at 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036, or transmitted by email to counsel for the SEC, no later than February 18, 2014, at 5:00 p.m. PST, and that the SEC's reply papers, if any, be filed with this Court (with a mandatory chambers copy likewise delivered to the chambers of Judge Pregerson at the time

1 | of filing) and transmitted via email to Respondents no later than
2 | February 24, 2014, at 5:00 p.m. PST.

4 |     IT IS SO ORDERED.

6 | Dated: 2/4/14

```
                                    _____
                                    GEORGE H. KING
                                    Chief United States District Judge
                                                for
                                    DEAN D. PREGERSON
                                    United States District Judge
```

3